# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-7623 MRW | Date | January 14, 2020 |
|---|---|---|---|
| Title | Kevin Rozek v. American Express Centurion Bank | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSING CASE

Plaintiff filed a notice of voluntary dismissal in this case. (Docket # 19.) This action is dismissed with prejudice in its entirety.